In the Matter of the Claim of JAMES DALTON against CITY
OF YONKERS, Respondent.
STATE INDUSTRIAL BOARD, Appellant.

Argued October 9, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for appellant.

*Leonard G. McAneny, Corporation Counsel (William F. Cauley, Jr.,* of counsel); for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.